UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                                          CHAPTER 13
JUDITH L. HIGGINS
CURTIS J. HIGGINS                                               CASE NO. 15-83001

## NOTICE OF FINAL CURE AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**    FirstMerit Bank NA              **Court claim #: 4**

**Last four digits** of any number used to identify the debtor's account: 1366

*Final Cure Amount*

Amount of Prepetition Arrears        $_____

Amount Paid by Trustee               $_____

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☒    Thru the Chapter 13 Plan         ☐    Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   10/31/18                         /s/Lydia S. Meyer
                                          Lydia S. Meyer, Trustee
                                          308 W. State St., Suite 212
                                          Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 31st Day of October, 2018

Dated:  10/31/18                          /s/Cynthia K. Burnard

FIRSTMERIT BANK
111 CASCADE PLAZA CAS 36
AKRON, OH 44308

FIRSTMERIT BANK
PO BOX 148
AKRON, OH 44309-0148

FIRSTMERIT BANK NA
% WELTMAN WEINBERG & REIS
180 N LASALLE ST STE 2400
CHICAGO, IL 60601

FIRST MERIT BANK
ATTN: BANKRUPTCY DEPT.
SUITE 3 CASCADE PLAZA 3RD FL.
AKRON, OH 44308

JUDITH L. HIGGINS
CURTIS J. HIGGINS
1800 WESTBURY DR.
ALGONQUIN, IL  60102

LAVELLE LAW, LTD
ATTORNEY TIMOTHY M. HUGHES
501 W. COLFAX
PALATINE, IL  60067